IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 13–cv–00747–WYD–KMT

JOHN FERRUGIA,

    Plaintiff,

v.

CITY OF STEAMBOAT SPRINGS,
RICHARD BROWN,
GERARD GEIS,
EVAN DRISCOLL,
ROSS BLANK, and
JOHN DOES 1-10,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiff's "Second Amended Complaint" (Doc. No. 22, filed August 8, 2013) is STRICKEN. Plaintiff may refile the Second Amended Complaint if his motion to amend (Doc. No. 21) is granted.

Dated: August 9, 2013