IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 13–cv–00747–WYD–KMT


JOHN FERRUGIA,

     Plaintiff,

v.

CITY OF STEAMBOAT SPRINGS,
RICHARD BROWN,
GERARD GEIS,
EVAN DRISCOLL,
ROSS BLANK, and
JOHN DOES 1-10,

     Defendants.

---

## MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiff's "Motion for Leave to File Second Amended Complaint" (Doc. No. 21, filed August 8, 2013) is GRANTED, pursuant to Fed. R. Civ. P. 15(a)(2).  The Clerk is directed to file the "Second Amended Complaint" (Doc. No. 21-2).

Dated: August 15, 2013