IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-00747-WYD-KMT

JOHN FERRUGIA,

    Plaintiff,

v.

CITY OF STEAMBOAT SPRINGS,
RICHARD BROWN,
SGT. GEIS,
EVAN DRISCOLE, and
JOHN DOES 1-10,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

    Plaintiff's Motion for Summary Judgment (ECF No. 49) is **STRICKEN** with leave to refile for failure to comply with my Practice Standards regarding the proper format for motions for summary judgment.  (Senior Judge Wiley Y. Daniel's Practice Standards at III.B.3).

    Dated:  March 11, 2014