IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-00747-WYD-KMT

JOHN FERRUGIA,

    Plaintiff,

v.

CITY OF STEAMBOAT SPRINGS,
RICHARD BROWN,
SGT. GEIS,
EVAN DRISCOLE, and
JOHN DOES 1-10,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

    Plaintiff's Motion for Court Ordered Alternate Dispute Resolution (ECF No. 57) is **GRANTED.**  The parties shall contact Magistrate Judge Tafoya's chambers not later than **April 3, 2014** in order to schedule a settlement conference.

    Dated:  March 20, 2014