IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-00747-WYD-KMT

JOHN FERRUGIA,

    Plaintiff,

v.

CITY OF STEAMBOAT SPRINGS,
RICHARD BROWN,
GERARD GEIS,
EVAN DRISCOLL, and
ROSS BLANK,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

    Defendants' Unopposed Motion to Vacate and Reset Trial and Final Trial Preparation Conference (ECF No. 84) is **GRANTED**.  The trial set for April 20, 2015 and Final Trial Preparation Conference set for April 7, 2015 are hereby **VACATED.**  The parties shall contact my chambers at 303-335-2171 not later than **November 7, 2014** in order to reset the trial and conference.  The parties shall be prepared to discuss available trial dates in the months of June and August 2015.

    Dated:  October 7, 2014