IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-00747-WYD-KMT

JOHN FERRUGIA,

    Plaintiff,

v.

CITY OF STEAMBOAT SPRINGS,
RICHARD BROWN,
GERARD GEIS,
EVAN DRISCOLL, and
ROSS BLANK,

    Defendants.

## ORDER OF DISMISSAL OF PARTIES WITH PREJUDICE

THIS MATTER COMES before the Court on the parties' Stipulation for Dismissal of Richard Brown, Gerard Geis, Evan Driscoll, and Ross Blank (ECF No. 100) with Prejudice pursuant to Fed. R. Civ. P. 41.  After carefully reviewing the file in this matter, I find that the stipulation should be approved and Defendants Brown, Geis, Driscoll, and Blank should be dismissed with prejudice from this action.  Accordingly, it is

ORDERED that the parties' Stipulation for Dismissal of Richard Brown, Gerard Geis, Evan Driscoll, and Ross Blank (ECF No. 100) is **APPROVED** and Defendants Brown, Geis, Driscoll, and Blank are **DISMISSED WITH PREJUDICE** from this proceeding.  The Clerk of the Court shall amend the case caption to reflect this dismissal.

Dated: August 21, 2015

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior United States District Judge