IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-00747-WYD-KMT

JOHN FERRUGIA,

    Plaintiff,

v.

CITY OF STEAMBOAT SPRINGS,

    Defendant.

---

## ORDER OF DISMISSAL OF PARTIES WITH PREJUDICE

---

THIS MATTER COMES before the Court on the Stipulation for Dismissal of City of Steamboat Springs (ECF No. 102) with Prejudice pursuant to Fed. R. Civ. P. 41. After carefully reviewing the file in this matter, I find that the stipulation should be approved and the Defendant should be dismissed with prejudice from this action. Accordingly, it is

ORDERED that the Stipulation for Dismissal of City of Steamboat Springs (ECF No. 102) is **APPROVED**.  The Defendant is **DISMISSED WITH PREJUDICE** from this proceeding.  The parties shall each bear responsibility for costs and attorney fees. Accordingly, this matter is **DISMISSED**, and the Clerk of the Court shall close this case.

    Dated:  September 11, 2015

                                        BY THE COURT:

                                        s/ Wiley Y. Daniel
                                        Wiley Y. Daniel
                                        Senior United States District Judge